**Order entered December 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00750-CV

## NELLY SUAREZ GARCIA, Appellant

## V.

## LORRIE SEMLER, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-04494**

### ORDER

On our own motion, we **ORDER** the clerk to prepare a supplemental clerk's record in the above-referenced case, trial court case number DC-20-04494 (14th District Court of Dallas County, Texas), containing the following documents:

- Any supersedeas bond or document regarding a deposit in lieu of supersedeas bond filed in the case, including any supersedeas bond or deposit documentation filed on or about August 27, 2021.

The clerk shall file the supplemental clerk's record **within 7 days** from the date of this order.

.

/s/    LANA MYERS
       PRESIDING JUSTICE